IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 13-08041 |
| | ) | |
| WESTCHESTER ENTERPRISE, INC., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Donald R. Cassling |
| | ) | |

**SECOND AMENDED TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

Frances Gecker (the "Trustee"), not individually but as Chapter 7 Trustee of the bankruptcy estate of Westchester Enterprise, Inc. (the "Debtor"), and pursuant to 11 U.S.C. §347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, the Trustee provides the following second amended report of deposit of unclaimed funds.

1.  On February 28, 2013, the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division.

2.  On May 8, 2014, the Court entered an order directing the appointment of a Chapter 11 trustee, and on May 12, 2014, the Court entered an order confirming Frances Gecker's appointment as Chapter 11 trustee for the Debtor's estate.

3.  On August 5, 2014, this case was converted to Chapter 7 of Title 11 of the Bankruptcy Code (the "Chapter 7 Case").

4.  On August 6, 2014, the Office of the U.S. Trustee appointed Frances Gecker as Chapter 7 trustee for the Debtor's Chapter 7 Case.

5.  The beginning balance of the estate's bank account was $30.50.

{AF/001/00042884.DOC/2}

6.   After several bank service fees of $10.00 each, the remaining funds in the estate's bank account totaled .50 cents.

7.   There were 10 Proofs of Claim filed in the bankruptcy case. See attached **Exhibit A**.

8.   The distribution for these claimants would have fallen well under the $5.00 minimum as required pursuant to Federal Rules of Bankruptcy Procedure 3010 listed below:

| Claim No. | Creditor | Claim Amt. | Claim Payment |
|---|---|---|---|
| 1 | ILLINOIS BELL TELEPHONE CO. | 222.94 | .05 |
| 2 | ILLINOIS DEPT. OF REVENUE | 7,302.00 | .05 |
| 3 | DEPT. OF TREASURY – IRS | 0.00 | .05 |
| 4 | WAGE AND HOUR ADMIN. U.S. DEPT. OF LABOR | 2,676.13 | .05 |
| 5 | IHOP FRANCHISING, LLC | 75,910.58 | .05 |
| 6 | DEPT. OF TREASURY – IRS | 8,823.86 | .05 |
| 7 | PNC BANK | 5,092.47 | .05 |
| 8 | WAGE AND HOUR ADMIN. U.S. DEPT. OF LABOR | 2,676.13 | .05 |
| 9 | ILLINOIS DEPT. OF REVENUE | 2,310.95 | .05 |
| 10 | OFFICE OF THE U.S. TRUSTEE | 4,900.00 | .05 |
| | **TOTAL** | | .50 |

9.   Pursuant to 11 U.S.C. §347, the Trustee has sent check number 10000, in the amount of $.50 issued to the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "U.S. Bankruptcy Court"). A copy of the issued check to the U.S. Bankruptcy Court is attached hereto as **Exhibit B**.

{AF/001/00042884.DOC/2}

10.   The U.S. Bankruptcy Court has posted receipt of the unclaimed funds check

[Docket No. 29] and the Trustee has filed a no asset report [Docket No. 31].

Dated: June 24, 2015.

Respectfully submitted,

FRANCES GECKER, not individually but as
Chapter 7 Trustee of the bankruptcy estate of
WESTCHESTER ENTERPRISE, INC.

By:___/s/  *Frances Gecker*_____
          Frances Gecker, Chapter 7 Trustee

Frances Gecker (Illinois ARDC # 6198450)
**FrankGecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.: (312) 276-1400
Fax: (312) 276-0035
fgecker@fgllp.com

{AF/001/00042884.DOC/2}