# EXHIBIT A

| Class | Claim # | Creditor | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|
| Unsecured | 1 | ILLINOIS BELL TELEPHONE COMPANY | $222.94 | $222.94 | $0.00 | $222.94 |
| Priority | 2 | ILLINOIS DEPARTMENT OF REVENUE | $7,302.00 | $7,302.00 | $0.00 | $7,302.00 |
| Unsecured | 3 | DEPARTMENT OF TREASURY-INTERNAL REVENUE SERVICE | $0.00 | $0.00 | $0.00 | $0.00 |
| Unsecured | 4 | WAGE AND HOUR ADMINSTATOR U. S. DEPT OF LABOR | $2,676.13 | $2,676.13 | $0.00 | $2,676.13 |
| Priority | 5 | IHOP FRANCHISING, LLC | $75,910.58 | $75,910.58 | $0.00 | $75,910.58 |
| Priority | 6 | DEPARTMENT OF TREASURY-INTERNAL REVENUE SERVICE | $8,823.86 | $8,823.86 | $0.00 | $8,823.86 |
| Unsecured | 7 | PNC BANK | $5,092.47 | $5,092.47 | $0.00 | $5,092.47 |
| Unsecured | 8 | WAGE AND HOUR ADMINSTATOR U. S. DEPT OF LABOR | $2,676.13 | $2,676.13 | $0.00 | $2,676.13 |
| Administrative | 9 | ILLINOIS DEPARTMENT OF REVENUE | $2,310.95 | $2,310.95 | $0.00 | $2,310.95 |
| Administrative | 10 | OFFICE OF THE U. S. TRUSTEE | $4,900.00 | $4,900.00 | $0.00 | $4,900.00 |