# EXHIBIT B

## THE BANK OF NEW YORK MELLON

Case 13-08041 Doc 30-2 Filed 06/19/15 Entered 06/19/15 15:27:18 Desc Exhibit
Case 13-08041 Doc 28-1 Filed 06/11/15 Entered 06/11/15 15:34:08 Desc Exhibit A Page 2 of 2

Frances Gecker
325 N. LaSalle Street
Suite 625
Chicago, IL 60654

Unclaimed Funds turned over to the Court

**CHECK NUMBER:** 10000

**DATE:** 6/11/15

**AMOUNT:** $*************0.50

**CASE NUMBER:** 1:13-08041-7-JSB

**ESTATE OF** Debtor: WESTCHESTER ENTERPRISES INC.

PAY TO THE ORDER OF

CLERK OF THE U. S. BANKRUPTCY COURT
CLERK OF THE U.S. BANKRUPTCY COURT
219 S. DEARBORN STREET, 7TH FL.
CHICAGO, ILLINOIS 60604

Dollars And 50/100

CHAPTER 7 TRUSTEE
THIS CHECK VOID AFTER 90 DAYS

⑂010000⑂ ⑃043302493⑃ 92000300017633⑂

---

| Date: 6/11/15 | Check Number: 10000 | | Amount: $.50 |
|---|---|---|---|
| | Case Number 1:13-08041-7-JSB | | |
| | Debtor Name: WESTCHESTER ENTERPRISES INC. | | |
| Paid To: | CLERK OF THE U. S. BANKRUPTCY COURT<br>CLERK OF THE U.S. BANKRUPTCY COURT<br>219 S. DEARBORN STREET, 7TH FL.<br>CHICAGO, ILLINOIS 60604 | Trustee: | Frances Gecker<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 |
| Description: | Unclaimed Funds turned over to the Court | | |
| Bank Account Number: 92000300017633 | | | |

---

| Date: 6/11/15 | Check Number: 10000 | | Amount: $.50 |
|---|---|---|---|
| | Case Number 1:13-08041-7-JSB | | |
| | Debtor Name: WESTCHESTER ENTERPRISES INC. | | |
| Paid To: | CLERK OF THE U. S. BANKRUPTCY COURT<br>CLERK OF THE U.S. BANKRUPTCY COURT<br>219 S. DEARBORN STREET, 7TH FL.<br>CHICAGO, ILLINOIS 60604 | Trustee: | Frances Gecker<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 |
| Description: | Unclaimed Funds turned over to the Court | | |
| Bank Account Number: 92000300017633 | | | |

Page: 1

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-08041
Case Name: WESTCHESTER ENTERPRISES INC.
Trustee Name: Frances Gecker
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX7633
                    GENERAL CHECKING
Taxpayer ID No: XX-XXX8376
For Period Ending: 06/19/2015
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/19/14 | | FUND TRANSFER FROM CHAPTER 11 CASE | | 9999-000 | $30.50 | | $30.50 |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $20.50 |
| 10/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $10.50 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $0.50 |
| 06/11/15 | 10000 | CLERK OF THE U. S. BANKRUPTCY COURT  CLERK OF THE U.S. BANKRUPTCY COURT 219 S. DEARBORN STREET, 7TH FL. CHICAGO, ILLINOIS 60604 | Unclaimed Funds turned over to the Court | 7100-000 | | $0.50 | $0.00 |

COLUMN TOTALS                       $30.50      $30.50
Less: Bank Transfers/CD's           $30.50      $0.00
Subtotal                            $0.00       $30.50
Less: Payments to Debtors           $0.00       $0.00
Net                                 $0.00       $30.50

Page Subtotals:                     $30.50      $30.50

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7633 - GENERAL CHECKING | $0.00 | $30.50 | $0.00 |
| | $0.00 | $30.50 | $0.00 |

(Excludes account transfers) (Excludes payments to debtors) Total Funds on Hand

Total Allocation Receipts: $0.00
Total Net Deposits: $0.00
Total Gross Receipts: $0.00

Trustee Signature:   /s/ Frances Gecker   Date: 06/19/2015

Frances Gecker
325 N. LaSalle Street
Suite 625
Chicago, IL  60654
(312) 276-1401

Page Subtotals:   $0.00   $0.00